395 A.2d 989

Lehr et al. v. Bowman et al., Appellants.

Argued September 14, 1978. John J. Hart, for appellants; Samuel A. Litzenberger, for appellees.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Order affirmed.